**Electronically Filed
Supreme Court
SCPR-23-0000691
21-DEC-2023
11:00 AM
Dkt. 6 OGP**

SCPR-23-0000691

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

IN RE JUNIE HAYASHI, Petitioner.

_____

ORIGINAL PROCEEDING

ORDER GRANTING PETITION TO RESIGN IN GOOD STANDING
(By: Recktenwald, C.J., McKenna and Eddins, JJ.,
and Intermediate Court of Appeals Associate Judges
McCullen and Guidry, assigned by reason of vacancies)

Upon consideration of the petition to resign from the practice of law in the State of Hawai'i, filed by attorney Junie Hayashi (Petitioner), pursuant to Rule 1.10 of the Rules of the Supreme Court of the State of Hawai'i (RSCH), but to retain the paper license as a memento, as authorized by RSCH 1.10(b), and the declarations submitted in support thereof, we conclude that Petitioner has fully complied with the requirements of RSCH 1.10. Therefore,

IT IS HEREBY ORDERED that the petition to resign is granted. Petitioner may retain the paper license as a memento.

IT IS FURTHER ORDERED pursuant to RSCH 1.10(g) that Petitioner shall comply with the notice, declaration, and record requirements of RSCH 2.16(a), (b), (d) and (g).

IT IS FURTHER ORDERED that the Clerk shall remove the name of Petitioner, attorney number 4523, from the roll of attorneys of the State of Hawai'i, effective with the filing of this order.

DATED:  Honolulu, Hawai'i, December 21, 2023.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Sonja M.P. McCullen

/s/ Kimberly T. Guidry

2